IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-00937-LTB-CBS

EMILY M. PAPENDIECK,

    Plaintiff,

v.

FLETCHER SCOTT STEPHENS,

    Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 18 - filed October 14, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                    BY THE COURT:

                                       s/Lewis T. Babcock
                                       Lewis T. Babcock, Judge

DATED: October 15, 2008